■ HYMAN SCHULMAN, Respondent, v. PHILLIPS WRIGHT et al., Appellants. — Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Settle order fixing date for examination to proceed. Concur — Breitel, J. P., Rabin, M. M. Frank, McNally and Stevens, JJ.

■ JOSEPH CUSUMANO, Appellant, v. 110 GREENWICH STREET CORP. et al., Respondents.— Order unanimously reversed, on the law and on the facts, and in the exercise of discretion, with $20 costs and disbursements to appellant, and rule V (subd. 5) preference granted, on the ground that the record averments, if established on the trial, might warrant a recovery sufficient to entitle the case to such preference. Concur — Breitel, J. P., Rabin, M. M. Frank, McNally and Stevens, JJ.

■ 286 HOTEL CORPORATION, Respondent, v. MARVIN WINTER, Appellant.— Order of February 25, 1960, unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Breitel, J. P., Rabin, M. M. Frank, McNally and Stevens, JJ.

■ 286 HOTEL CORPORATION, Respondent, v. MARVIN WINTER, Appellant.— Order of February 17, 1960, unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Breitel, J. P., Rabin, M. M. Frank, McNally and Stevens, JJ.

■ MAX MANDELBAUM, Respondent, v. ARNOLD TROY et al., Individually and as Copartners Doing Business as EASTERN METAL PRODUCTS Co., et al., Appellants.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Breitel, J. P., Rabin, M. M. Frank, McNally and Stevens, JJ.

■ In the Matter of GERSON ANTELL et al., on Behalf of Themselves and All Other Regular Teachers Similarly Situated, Appellants, against BOARD OF EDUCATION OF CITY OF NEW YORK, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Breitel, Valente, McNally and Stevens, JJ. [21 Misc 2d 119.]

■ THE PEOPLE OF THE STATE OF NEW YORK v. RALPH RIVERA.— Motion to dismiss appeal granted. Concur — Botein, P. J., Breitel, McNally, Stevens and Bastow, JJ.

■ BELA FABIAN v. AMERICAI MAGYAR SZO (HUNGARIAN WORD INC.).— Motion for stay granted and the stay contained in the order to show cause, dated March 3, 1960, is continued pending the hearing and determination of the appeal. Concur — Breitel, J. P., Rabin, M. M. Frank, McNally and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. CURTIS PETER BOWLING.— Motion to dismiss appeal granted. Concur — Breitel, J. P., Rabin, M. M. Frank, McNally and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. JAMES MASON.— Motion to dismiss appeal granted. Concur — Breitel, J. P., Rabin, M. M. Frank, McNally and Stevens, JJ.

■ In the Matter of CITY OF NEW YORK. LINCOLN ARCADE, INC.— Motion for stay denied. Concur — Breitel, J. P., Rabin, M. M. Frank, McNally and Stevens, JJ.

■ In the Matter of CITY OF NEW YORK. LINCOLN ARCADE, INC.— Motion to dismiss appeal granted, with $10 costs. Concur — Breitel, J. P., Rabin, M. M. Frank, McNally and Stevens, JJ.

■ In the Matter of the Estate of HERMAN LEVINE, Deceased. JOSEPH QUITTNER et al., as Executors, v. HENRY I. LEVINE, as General Guardian of BARBARA F. LEVINE, an Infant.— Motion for stay granted insofar as to stay all proceedings pending the determination by this court of the appeal. In all other respects, the motion is denied. Concur — Breitel, J. P., Rabin, M. M. Frank, McNally and Stevens, JJ.